# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN JOSE

UNITED STATES OF AMERICA,

V.

SON NGUYEN,
DUC NGUYEN, and
HUY NGO

~~SEALED~~
~~BY COURT ORDER~~

**CR 07 0290**

DEFENDANT.

JF

## INDICTMENT

RS

21 U.S.C. Sections 846, 841(b)(1)(B)(iii) - Conspiracy to Distribute, and Possess with Intent to Distribute Cocaine Base

21 U.S.C. Section 841(a)(1), (b)(1)(B)(iii) - Possession with Intent to Distribute Cocaine Base

21 U.S.C. Sections 846, 841(b)(1)(B)(iii) - Attempted Possession with Intent to Distribute Cocaine Base

---

A true bill.

_____ Foreman

Filed in open court this _____ day of
_____

_____ Clerk

Bail, $ _____

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| 2 | United States Attorney |

FILED
07 MAY 10 PM 4: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JF   RS

CR 07   0290

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SON NGUYEN,<br>DUC NGUYEN, and<br>HUY NGO,<br><br>   Defendants. | No.<br><br>VIOLATIONS: 21 U.S.C. §§ 846, 841(b)(1)(B)(iii) – Conspiracy to Distribute, and Possess with Intent to Distribute, Cocaine Base; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession with Intent to Distribute Cocaine Base; 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(iii) – Attempted Possession with Intent to Distribute Cocaine Base<br><br>SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. §§ 846, 841(b)(1)(B)(iii) – Conspiracy to Distribute, and Possess with Intent to Distribute, Cocaine Base ("Crack" Cocaine))

Beginning at a time unknown to the grand jury, but no later than January 2007, through on or about February 4, 2007, the defendants,

HUY NGO,
SON NGUYEN, and
DUC NGUYEN,

did knowingly and intentionally conspire with others known and unknown to distribute, and to

1  possess with intent to distribute, a Schedule II controlled substance, namely, approximately 42.8
2  grams of a mixture and substance containing a detectable amount of cocaine base, in the form
3  of "crack" cocaine, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(B)(iii).

4  COUNT TWO:    (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession with Intent to
5                Distribute Cocaine Base ("Crack" Cocaine))

6       On or about February 4, 2007, in the Northern District of California, the defendant,

7                                   SON NGUYEN,

8  did knowingly and intentionally possess with intent to distribute, a Schedule II controlled
9  substance, namely, 42.8 grams of a mixture and substance containing a detectable amount of
10 cocaine base, in the form of "crack" cocaine, in violation of Title 21, United States Code,
11 Sections 841(a)(1), (b)(1)(B)(iii).

12 COUNT THREE:  (21 U.S.C. §§ 846, 841(b)(1)(B)(iii) – Attempted Possession with Intent to
13               Distribute Cocaine Base ("Crack" Cocaine))

14      On or about February 4, 2007, in the Northern District of California, the defendant,

15                                   HUY NGO,

16 did knowingly and intentionally attempt to possess with intent to distribute a Schedule II
17 controlled substance, namely, 42.8 grams of a mixture and substance containing a detectable
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

INDICTMENT                                    2

amount of cocaine base, in the form of crack cocaine, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(B)(iii).

DATED: *May 10, 2007*

A TRUE BILL.

*/s/*
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

*/s/*
MARK L. KROTOSKI
Chief, Criminal Division

(Approved as to form: _____)
AUSA JERICH

INDICTMENT      3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAY 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

21 USC 846, 841(b)(1)(B)(iii)
21 USC 841(a)(1) (b)(1)(B)(iii)
21 USC 846, 841(a)(1) (b)(1)(B)(iii)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Ct. 1: max term 40 yrs (mand. min. 5); $2,000,000 fine; sup. release 4 years; $100 special assessment
Ct. 2: same as Count 1
Ct. 3: same as Counts 1 & 2

SEALED BY COURT ORDER

**DEFENDANT - U.S.**

▶ Huy Ngo, Son Nguyen and Duc Nguyen

**DISTRICT COURT NUMBER**

CR 07 0290

JF  RS

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

RS

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No    If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

---- PROCEEDING ----

Name of Complaintant Agency, or Person (&Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Susan R. Jerich

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: under seal/no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: