1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2
MARK KROTOSKI (CSBN 138549)
3 | Chief, Criminal Division

4 | SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

5
450 Golden Gate Avenue
6 | San Francisco, Ca. 94102
Tel: (415) 436-7158
7 | Facsimile: (415) 436-6982
Email: susan.jerich@usdoj.gov

8
Attorneys for Plaintiff

**FILED**
07 MAY 10 PM 4:14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SEALED BY COURT ORDER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNDER SEAL INDICTMENT | No. CR-07-0290<br><br>APPLICATION AND [PROPOSED]<br>ORDER TO SEAL<br><br>SAN JOSE VENUE |

**UNDER SEAL OF COURT**

All defendants in the above named indictment have not yet been apprehended. The United States hereby applies for an Order sealing the indictment and arrest warrants in order not to compromise the efforts to apprehend the defendants. However, the United states specifically requests that file stamped copies of the indictment and arrest warrants be given to the Assistant United States Attorney so that copies can be made in advance of court appearances.

DATED: May 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

SUSAN R. JERICH
Assistant United States Attorney

SEALING APPLICATION AND ORDER

```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    MARK KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  SUSAN R. JERICH (CSBN 188462)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue
 6      San Francisco, Ca. 94102
        Tel: (415) 436-7158
 7      Facsimile: (415) 436-6982
        Email: susan.jerich@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR- |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER TO SEAL |
| v. | ) SAN JOSE VENUE |
| UNDER SEAL INDICTMENT | ) |

**UNDER SEAL OF COURT**

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT the indictment and arrest warrants in the above captioned case are to be filed under seal.

IT IS FURTHER ORDERED THAT file stamped copies of the indictment and arrest warrants are to be provided to the United States Attorney's Office in order to prosecute the matter.

IT IS FURTHER ORDERED THAT the indictment and arrest warrants are to remain under seal until further Order of this court..

*[signature]*
HON. ELIZABETH LAPORTE
UNITED STATES MAGISTRATE JUDGE

UNSEALING APPLICATION AND ORDER