1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorneys
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone: (415)436-7158
7      Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
8
   Attorneys for the Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,          )    No. CR 07-0289 RMW
                                        )
13 |          Plaintiff,                )    **NOTICE OF RELATED CASES**
                                        )
14 |     v.                             )
                                        )
15 | NAM NGUYEN, JIMMY NGUYEN,          )
   | HUY NGO & KIM MAI                  )
16 |                                    )
                                        )
17 |          Defendants                )
   |_____)

18

19 | UNITED STATES OF AMERICA,          )
                                        )    No. CR 07-290 JF
20 |          Plaintiff,                )
                                        )
21 |     v.                             )
                                        )
22 | SON NGUYEN, DUC NGUYEN             )
   | & HUY NGO                          )
23 |                                    )
                                        )
24 |          Defendant.                )
   |_____)

25

26      The United States, by and through the above counsel of record, hereby submits this

27 Notice of Related Cases pursuant to Criminal Local Rule 8-1.  In the interest of judicial

28
   NOTICE OF RELATED CASES
   CR07-289 RMW
   CR07-290 JF                                1

1  economy, the government contends that the two matters should be related before this Court.

2  Specifically, these cases are appropriate to relate because they appear likely to entail
3  substantial duplication of labor if heard by different Judges. For example, while each case
4  involves a separate drug conspiracy–the first involving ecstasy (MDMA) and the latter, cocaine
5  base ("crack cocaine"), both cases arise out of the same wire interception investigation. As such,
6  discovery and foundational information, at a minimum, will be the same. Moreover, any legal
7  challenges to the wire interception Order(s) will also likely be predicated on similar evidence
8  and arguments. Finally, both matters have a defendant in common – Huy Ngo.

9  The United States contends that the two matters should be related in the interests of
10 judicial economy as well as the fact that both involve a common defendant.

12 DATED: September 27, 2007

13                             Respectfully submitted,

14                             SCOTT N. SCHOOLS
                               United States Attorney

16                                 /s/
                               _____
17                             SUSAN R. JERICH
                               Assistant United States Attorney

NOTICE OF RELATED CASES
CR07-289 RMW
CR07-290 JF                                  2