UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/4/07*

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Crim. L.R. 8-1(b):

| | |
|---|---|
| **CR-07-00289-RMW** | USA vs Nam Nguyen, et.al |
| **CR-07-00290-JF** | USA vs Son Nguyen, et.al |

**ORDER**

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]   ARE NOT RELATED as defined by Crim. L.R. 8-1(b).

[ ]   ARE RELATED as defined by Crim. L.R. 8-1(b). I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ **X** ]   ARE RELATED as defined by Crim. L.R. 8-1(b). Pursuant to Crim. L.R. 8-1(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **RMW** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

DATED: **10/3/07**

*Ronald M Whyte*
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

Richard W. Wieking, Clerk

DATED: **10/4/07**     By: _____
Deputy Clerk

Copies to:  Courtroom Deputies X
            Case Systems Administrators X
            Counsel of Record X
Entered into Assignment Program:
            (date)