1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,                 *E-FILED - 11/5/07*

12                Plaintiff,                    CASE NO.: CR-07-00290-RMW

13          v.                                  **CLERK'S NOTICE OF SETTING
                                                STATUS HEARING**
14   SON NGUYEN, DUC NGUYEN, and
     HUY NGO,
15
                 Defendants.
16
17
18          PLEASE TAKE NOTICE that a Status Hearing has been scheduled for **November 19, 2007**

19   **@ 9:00 a.m.,** before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6,

20   4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

21
22   DATED: November 5, 2007
23                                          BY: _Jackie Lynn Ca_____
                                                 JACKIE GARCIA
24                                               Courtroom Deputy for
                                                 Honorable Ronald M. Whyte
25
26
27
28

1

2

3   Copy of Notice E-Filed to Counsel of Record:

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28