***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte      **REPORTER:** Lee-Anne Shortridge

**DATE:** November 19, 2007      **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00290-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- SON NGUYEN, DUC NGUYEN,
   APPEARANCES:                           HUY NGO   (P)

**PLTF:** AUSA: S. Knight for S. Jerich   **DEFT:** A. Morales, V. Young & J. Gordon

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defendant Huy Ngo moved for substitution of counsel. The Court voir dired the defendant and granted the substitution. Nick Humy is relieved from the case and Jack Gordon is substituted in. The Court continued this matter to 1/14/08 @ 9:00 am for a Status Hearing. The continuance is needed to resolve the discovery issue and to allow the defense to review discovery. The Court excluded time based on effective preparation. Time is excluded to 1/14/08. Government to prepare exclusion order.**

*/s/ Jackie Garcia*
   **JACKIE GARCIA**
   **Courtroom Deputy**