**\*E-FILED \***

**CRIMINAL MINUTE ORDER**

**JUDGE:**  Ronald M. Whyte                    **REPORTER:**  Lee-Anne Shortridge

**DATE:**  January 14, 2008                    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00290-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- SON NGUYEN, DUC NGUYEN,
         APPEARANCES:                     HUY NGO   (P)

**PLTF:**  AUSA: J. Glang                    **DEFT:** A. Morales, V. Young, G. Braun

**COURT ACTION:** STATUS HEARING

**Hearing Held.  The parties advised the Court that the wire taps recordings and transcripts have not been provided to the defense.  The Court continued this matter to 2/4/08 @ 9:00 am for a Status Hearing to review discovery.  The Court excluded time based on effective preparation.  Time is excluded to 2/4/08.  Government to prepare exclusion order.**

*/s/ Jackie Garcia*
    **JACKIE GARCIA**
    **Courtroom Deputy**