IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SON NGUYEN, DUC NGUYEN & HUY NGO,<br><br>　　　　Defendant. | *E-FILED - 6/5/08*<br><br>CASE NO.: CR-07-00290-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF STATUS HEARING** |

PLEASE TAKE NOTICE that the Status Hearing in the above-entitled matter which was previously set for June 9, 2008, has been continued to **June 30, 2008 @ 9:00 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

DATED: June 5, 2008

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28