***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte   **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008   **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00290-RMW
*(Case is Related to CR-07-00289-RMW)*

**TITLE:** UNITED STATES OF AMERICA   -v- SON NGUYEN, DUC NGUYEN & HUY NGO   (P) (C)
**APPEARANCES:**

**PLTF:** AUSA: D. Callaway for S. Jerich   **DEFT:** A. Morales, V. Young, J. Gordon

**COURT ACTION:** STATUS HEARING

**Hearing Held. The government to provide the defense with proposed plea agreements. The Court continued this matter to 7/14/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on ongoing settlement discussions. Time is excluded to 7/14/08. Government to prepare exclusion order. Government counsel shall personally appear at the next hearing.**

*/s/ Jackie Garcia*
JACKIE GARCIA
**Courtroom Deputy**