***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** July 14, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-07-00290-RMW

**TITLE:** UNITED STATES OF AMERICA  -v- SON NGUYEN, DUC NGUYEN, & HUY NGO  (P)
          APPEARANCES:

**PLTF:** AUSA: S. Jerich          **DEFT:** A. Morales, V. Young & J. Gordon

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel advised that they intend to file a suppression motion. The Court set a motion hearing date for 9/2/08 @ 9:00 AM. The Court excluded time based on effective preparation. Time is excluded to 9/2/08. Government to prepare exclusion order.**

          */s/ Jackie Garcia*
           **JACKIE GARCIA**
          **Courtroom Deputy**