Alfredo M. Morales [SBN69204]
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite 250
San Jose, CA 95113
Tel: (408) 294-5400

Attorneys for Defendant Son Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SON NGUYEN, *et al.*<br><br>　　　　Defendants. | No. CR-07-00290-RMW<br><br>**NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE SEIZED FROM UNLAWFUL DETENTION, SEARCH AND ARREST OF DEFENDANT SON NGUYEN ON FEBRUARY 4, 2007**<br><br>Date: September 2, 2008<br>Time: 9:00 a.m.<br>Court: Hon. Ronald M. Whyte |

TO: THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA AND ASSISTANT UNITED STATES ATTORNEY SUSAN JERICH AND TO ALL DEFENSE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on the 2nd day of September, 2008, at the hour of 9:00 a.m., or as soon thereafter as the matter can be heard by the Honorable Ronald Whyte, counsel for defendant SON NGUYEN will move under the Fourth Amendment to the United States Constitution to suppress all tangible and intangible evidence seized as a product of the unlawful detention, search and arrest of said defendant by Special Agents Parks and Donlin, TFA Derell Simpson and other unknown law enforcement officers on February 4, 2007. Among the items sought to be suppressed by way of this motion are the approximately 43 grams of crack cocaine which was seized from his person by TFA Derell Simpson incident to the unlawful detention, arrest and search of defendant SON NGUYEN.

This motion is based on the Declarations of Mr. Son Nguyen, Alfredo Morales and the

**Defendant Son Nguyen's Notice of Motion and Motion to Suppress Evidence**

1 Memorandum of Points and Authorities which are attached hereto and incorporated by this
2 reference and all records, filings and pleadings in this action.

4 Dated: September 2, 2008                    Respectfully submitted,

                                              _____/s/_____
                                              Alfredo M. Morales, Esq.
                                              Counsel for Defendant Son Nguyen

**Defendant Son Nguyen's Notice of Motion and Motion to Suppress Evidence**