Alfredo M. Morales [SBN69204]
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite 250
San Jose, CA 95113
Tel: (408) 294-5400

Attorneys for Defendant Son Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SON NGUYEN, *et al.*<br><br>    Defendant. | No. CR-07-00290-RMW<br><br>**DECLARATION OF ALFREDO M. MORALES IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE**<br><br>Date:  September 2, 2008<br>Time:  9:00 a.m.<br>Court:  Hon. Ronald M. Whyte |

I, ALFREDO M. MORALES, hereby declare as follows:

1. I am an attorney duly admitted to practice law in the United States District Court for the Northern District of California and as such, I am court-appointed counsel of record for defendant Son Nguyen in the above-entitled action.

2. I am familiar with the discovery provided by the government in this matter regarding the detention, search and arrest of defendant Son Nguyen on February 4, 2007, for possession for sale of crack cocaine by Special Agents Parks and Donlin. That discovery consists of a six page report authored by Special Agent Sammy Parks. A copy of the report is attached hereto as **Exhibit A**.

3. The Statement of Facts in the Memorandum of Points and Authorities filed in support of this motion is based on the contents of that report and the Declaration of Son Nguyen.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September 2008, at San Jose, California.

                                  /s/
                            Alfredo M. Morales, Esq.