1  Alfredo M. Morales [SBN69204]
   Law Offices of Morales & Leaños
2  75 East Santa Clara Street, Suite 250
   San Jose, CA 95113
3  Tel: (408) 294-5400

4

   Attorneys for Defendant Son Nguyen
5

6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,           )   No.  CR-07-00290-RMW
9                                       )
                Plaintiff,              )   DECLARATION OF SON NGUYEN
10                                      )   IN SUPPORT OF MOTION TO
        vs.                             )   MOTION TO SUPPRESS EVIDENCE
11                                      )
                                        )
12                                      )
   SON NGUYEN, et al.                   )   Date:   September 2, 2008
13                                      )   Time:   9:00 a.m.
                Defendants.             )   Court: Hon. Ronald M. Whyte
14                                      )
                                        )
15

16      I, SON NGUYEN, hereby declare as follows:

17      1. I am one of t he defendants in the above-entitled action and I make this declaration in

18  support of the motion to suppress evidence seized at the time of my arrest on February 4, 2007.

19      2. On that date I had just parked my vehicle at or near 910 Gilchrist Walkway, San Jose,

20  California  when an officer whom I believe to be TFA Derell Simpson quickly approached me as I

21  was seated in my car with his gun drawn and pointed at me and ordered me to exit my vehicle.

22      3. After I exited the car TFA Simpson ordered me to raise my hands in the air and spread my

23  legs as he was physically forcing my hands into the air and kicking my feet apart. TFA Simpson

24  then pat searched me and reached into and searched the contents of my pockets without first asking

25  for consent.

26      4. Thereafter I was handcuffed and placed inside an unmarked SUV and transported to a

27  DEA office. I believe I was sitting in the SUV when I was told that my brother's car matched the

28  description of a vehicle involved in a robbery down the street. It was while sitting handcuffed in the

1  SUV that I was asked if I was on parole. I responded affirmatively to this question.

2      5. During the time I was accosted by TFA Simpson, searched and handcuffed I believe that

3  my brother Duc Nguyen, who had parked his own vehicle near mine, was being detained by an

4  agent who also had his gun drawn.

5      6. I estimate that there were approximately 4-5 agents involved in the subject detention,

6  search and arrest.

7      I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th

8  day of August, 2008, at San Jose, California.

9

10

11                    /s/
                  Son Nguyen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Declaration of Son Nguyen's In Support of Motion to Suppress Evidence**