# EXHIBIT "A-1"

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF INVESTIGATION

Page 1 of 6

| 1. Program Code | 2. Cross File | Related Files | 3. File No. RC-06-0028 | 4. G-DEP Identifier YNL3B |
|---|---|---|---|---|
| 5. By: SA Sammy Parks At: San Jose R.O. | | | 6. File Title NGUYEN, Nam | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 02/04/07 | |

9. Other Officers: FBI SA Vinh NGUYEN, SA Anthony Guzman, SA Pat Donlin, SA Tom Adams & TFA Derell Simpson

10. Report Re: Surveillance on 02-04-2007; Arrest of Son NGUYEN and Seizure of Exhibit 2 in Conjunction with an On-Going Title III Investigation on 408-402-2709 (TT#3).

**SYNOPSIS**

On February 4, 2007, at approximately 9:30 a.m., Agents of the San Jose Resident Office hereafter referred to as the SJRO and an agent from the Federal Bureau of Investigations (FBI) initiated surveillance on Huy NGO. The surveillance was conducted in conjunction with a Title III Court Ordered telephone intercept investigation on Huy NGO, telephone number 408-402-2709 (Target Telephone 3).

**DETAILS**

1. Surveillance on February 4, 2007, was initiated after a series of intercepted telephone calls between NGO (408-402-2709) and Duc Hieu NGUYEN a.k.a. "Tommy" (408-960-5228). Telephone number 408-960-5228, is subscribed to Duc Hieu NGUYEN, 1870 Macduee Ct, San Jose, Ca. Based on the below series of calls surveillance was initiated on NGO's residence in an anticipated delivery of narcotics to NGO's residence by Duc Hieu NGUYEN a.k.a. "Tommy".

2. On February 2, 2007, at approximately 7:55 p.m., NGO (408-402-2709) received an incoming call (call# 895) from Duc Hieu NGUYEN a.k.a. "Tommy". During the course of this call NGUYEN asked NGO if he (NGO) wanted to go for some coffee, or does NGO want to do "it" some other day (believed to be referring to conducting a future narcotics transaction between NGO and

| 11. Distribution: Division SFFD/INTEL District Other SARI | 12. Signature (Agent) SA Sammy Parks | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title) Amie Clarke Group Supervisor | 15. Date |

DEA Form -6 (1996)

**DEA SENSITIVE**
Drug Enforcement Administration

Arrest of Son NGUYEN & Seizure of Ex. 2. SF
1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

SENT TO SARI  TQ
DATE  FEB 1 4 2007

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
(Continuation)

1. File No. RC-06-0028
2. G-DEP Identifier YNL3B
3. File Title NGUYEN, Nam

4. Page 2 of 6
5. Program Code
6. Date Prepared 02/04/07

NGUYEN). NGO asked NGUYEN if he (NGUYEN) was free tomorrow. NGUYEN advised "ok". NGO advised he would call NGUYEN tomorrow after NGO gets off work. NGO further advised NGUYEN "remember ... remember to save two for me ok." (NGO is referring to the two packages of crack cocaine that were seized by DEA agents on 02-04-2007, later labeled Exhibit 2).

3. On February 3, 2007, at approximately 7:01 p.m., NGO (408-402-2709) made an outgoing call (call# 926) to (408-960-5228) Duc Hieu NGUYEN a.k.a. "Tommy". During the course of this call, NGO asked NGUYEN if he was free tomorrow morning, because he was about to go out with some buddies. NGUYEN replied, "yeah ok." NGO further advised NGUYEN, if he (NGUYEN) was free about eleven or twelve-noon, "you (NGUYEN) can stop by or call me." (Note: On 02-03-2007, at approximately 5:00 p.m., DEA agents established surveillance on NGO's residence anticipating a narcotics delivery from NGUYEN to NGO, based on call #895, on 02-02-2007. After the above call was intercepted, surveillance was terminated and again initiated on 02-04-2007).

4. On February 4, 2007, at approximately 11:11 a.m., NGO (408-402-2709) received an incoming call (call# 948) from (408-960-5228) Duc Hieu NGUYEN a.k.a. "Tommy". During the course of this call NGUYEN asked NGO what he (NGO) was doing. NGO advised NGUYEN he (NGO) was about to go do his taxes. NGO further advised NGUYEN, he (NGO) would go do his (NGO's) taxes and when he (NGO) finished he (NGO) would call NGUYEN. NGUYEN replied, "ok." (Note: at this time surveillance was established on NGO's residence anticipating a narcotics delivery from NGUYEN).

5. On February 4, 2007, at approximately 12:45 p.m., NGO (408-402-2709) made an outgoing call (call #959) to (408-960-5228) Duc Hieu NGUYEN a.k.a. "Tommy". During the course of this call NGO asked NGUYEN if he (NGUYEN) could meet NGO at his (NGO's) house in twenty to twenty-five minutes. NGUYEN replied, "ok." NGO said to NGUYEN "like last time" (believed to be referring to the same amount of crack cocaine that NGO purchased from NGUYEN and an unknown male on 01-22-2007. See DEA-6 written by SA Sammy Parks dated 01-23-2007, titled Surveillance on Huy NGO in conjunction with a Title III court order intercept on NGO's phone, for further details). NGUYEN replied, ok.

Form - 6a
(... 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

1 - Prosecutor

Case 5:07-cr-00290-RMW    Document 32-5    Filed 08/14/2008    Page 3 of 3