# EXHIBIT "A-2"

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
*(Continuation)*

| | |
|---|---|
| 1. File No. RC-06-0028 | 2. G-DEP Identifier YNL3B |
| 3. File Title NGUYEN, Nam | |

4. Page 3 of 6

5. Program Code

6. Date Prepared 02/04/07

6. On February 4, 2007, at approximately 1:35 p.m., NGO (408-402-2709) made an outgoing call (call # 960) to (408-960-5228) Duc Hieu NGUYEN a.k.a. "Tommy". During the course of this call NGO asked NGUYEN "are you almost here?" NGUYEN replied, "I am on the way."

7. On February 4, 2007, at approximately 1:58 p.m., NGO (408-402-2709) received an incoming call (call #962) from (408-960-5228) Duc Hieu NGUYEN a.k.a. "Tommy". During the course of this call NGUYEN advised NGO "Hey, I am here." Ngo replied, "Ok go in bye."

8. At approximately 2:00 p.m., SA Parks and SA Donlin observed a blue Toyota bearing California license plate 1PKY255 that was driven by Duc NGUYEN a.k.a. "Tommy" turn onto Gilchrist Walkway. The blue Toyota driven by NGUYEN was being followed closely by a red Nissan bearing California license plate 2VXT977. (Note: Agents identified both the Toyota and Nissan as being associated with Duc NGUYEN's residence. Further, on 02-\-2007, at approximately 10:00 a.m., SA Guzman and FBI SA Vinh Nguyen established surveillance on 1870 Macduee Court, San Jose, CA, an address associated with Duc NGUYEN a.k.a. "Tommy", in an attempt to locate Duc NGUYEN. At approximately 10:45 a.m., SA Guzman observed Duc NGUYEN exit 1870 Macduee Ct., San Jose, Ca. SA Guzman observed Duc NGUYEN enter a blue Toyota bearing California license plate 1PKY255 accompanied by an elder Asian male and elder Asian female. Surveillance units attempted to follow Duc NGUYEN, but eventually lost the vehicle due to Duc NGUYEN's erratic driving.) SA Parks and SA Donlin observed both vehicles drive past 910 Gilchrist Walkway, and continue south on Gilchrist Walkway. SA Parks and SA Donlin then observed both vehicles make u-turns and started driving north on Gilchrist Walkway back towards NGO's residence. SA Parks and SA Donlin subsequently observed both vehicles pull into the driveway of 910 Gilchrist Walkway. At this time surveillance agents approached both vehicles. SA Parks approached Duc NGUYEN who was driving the blue Toyota bearing California license plate 1PKY255. TFA Derell Simpson approached an Asian male who was later identified as Son NGUYEN who was driving a red Nissan California license plate 2VXT977. SA Parks advised both subjects that the blue Toyota that was driven by Duc NGUYEN matched the description of a vehicle involved in a robbery down the street (this was a ruse that SA Parks used in order to protect the on-going Title III investigation). TFA Simpson patted down Son NGUYEN for Officer Safety purposes. TFA

Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
(Continuation)

4.
Page 4 of 6

5. Program Code

1. File No
RC-06-0028

2. G-DEP Identifier
YNL3B

3. File Title NGUYEN, Nam

6. Date Prepared
02/04/07

Simpson felt a bulge in the front right pocket of Son NGUYEN during the Officer Safety pat down. TFA Simpson then asked Son NGUYEN if he could reach into Son NGUYEN's front pocket. Son NGUYEN advised TFA Simpson "yea". TFA Simpson next asked Son NGUYEN if he spoke English. Son NGUYEN replied, "yea." TFA Simpson then asked Son NGUYEN if the address on his driver's license was correct. Son NGUYEN advised "no", that he lived on Macduee Court. TFA then reached into Son NGUYEN's right front pocket and retrieved two clear plastic bags containing a beige rock substance that appeared to be crack cocaine and later labeled Exhibit 2. TFA Simpson then placed Son NGUYEN under arrest. TFA Simpson asked Son NGUYEN if he was on probation or parole. Son NGUYEN advised TFA Simpson that he was on parole. SA Parks continued speaking with Duc NGUYEN using a ruse of a vehicle that Duc NGUYEN was driving matched a vehicle involved in a recent robbery. Duc NGUYEN was fully identified and released from the scene.

9. Son NGUYEN was transported to the DEA San Jose Resident Office for processing (Photos and Fingerprints). Son NGUYEN advised agents that Duc NGUYEN was his brother and they reside together at 1870 Macduee Ct., San Jose, California. SA Parks and SA Donlin advised Son NGUYEN of his Miranda Warning in an attempt to interview NGUYEN. Son NGUYEN refused to answer any questions.

10. Son NGUYEN was in possession of a cellular phone at the time of his arrest. Son NGUYEN gave SA Parks consent as witnessed by SA Donlin, to look through his cell phone in order to retrieve numbers from his (Son NGUYEN's) cell phone. The following were the received and dialed calls between Son NGUYEN and Duc NGUYEN, that SA Parks retrieved from Son NGUYEN's cellular telephone on 02-04-2007.

RECEIVED CALLS FROM DUC NGUYEN:

1. 408-960-5228  /  1:09 p.m.
2. 408-960-5228  /  11:12 a.m.

DIALED CALLS FROM SON NGUYEN TO DUC NGUYEN:

1. 408-960-5228  /  1:37 p.m.
2. 408-960-5228  /  1:15 p.m.

A Form  - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Case 5:07-cr-00290-RMW    Document 32-6    Filed 08/14/2008    Page 3 of 3