# EXHIBIT "A-3"

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. RC-06-0028 | 2. G-DEP Identifier YNL3B |
|---|---|---|
| | 3. File Title NGUYEN, Nam | |
| 4. Page 5 of 6 | | |
| 5. Program Code | 6. Date Prepared 02/04/07 | |

3. 408-960-5228 / 11:46 a.m.
4. 408-960-5228 / 11:35 a.m.

11. Note: SA Parks observed a very distinguished tattoo of a flame on the neck of Son NGUYEN. Furthermore, SA Parks recalled an intercepted call on 01-22-2007 (call #293), between NGO and an unknown male (408-960-5267) where an individual was talked about with a tattoo of flame on his neck. During the course of this call NGO advised an unknown male (UM) that NGO just talked to him 15 minutes ago. NGO advised he (believed to be referring to Duc NGUYEN) stated he does not have "it" now (believed to be referring to crack cocaine), but his friend has "some" (referring to crack cocaine) for the time being. "I (NGO) just called him (Duc NGUYEN) but he does not answer now." NGO further stated to UM "he (referring to Duc NGUYEN) is going to call his friend ... the guy that came over to my (NGO's) house the other day ... the guy kind of small ... and dark looking ... the guy also has a **tattoo on the neck** (believed to be referring to Son NGUYEN)." UM said to NGO, he has a **flaming tattoo on his neck**, right? NGO stated, it looks like a flame or dragon tail ... I am planning to call so he (referring to Duc NGUYEN) can get "some" (believed to be referring to crack cocaine) for us now ... "right now we don't even have one piece (referring to crack cocaine) left."

12. Son NGUYEN was released from custody after processing pending charges. (Note: Son NGUYEN was released at this time in order to protect an on-going Title III investigation and to enable agents to further achieve the goals of this investigation).

**CUSTODY OF EVIDENCE**

Exhibit 2 was seized during the arrest of Son NGUYEN at 910 Gilchrist Walkway, San Jose, CA. Exhibit 2 is described as two clear plastic bags containing a beige rock substance. Exhibit 2 was seized on 02-04-2007 by TFA Derell Simpson and SA Sammy Parks from the front right pants pocket of Son NGUYEN. SA Parks and SA Pat Donlin transported Exhibit 2 to the San Jose RO, where SA Parks dated, initialed, sealed and secured Exhibit 2 as witnessed by SA Pat Donlin, pending shipment to the Western Regional Lab for analysis.

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. RC-06-0028 | 2. G-DEP Identifier YNL3B |
|---|---|---|
| | 3. File Title NGUYEN, Nam | |
| 4. Page 6 of 6 | | |
| 5. Program Code | 6. Date Prepared 02/04/07 | |

INDEXING

1. NGUYUEN, Son Hieu. NADDIS - Negative.
   DOB: 02-26-1971; Asian/Male 5'06", 135 lbs
   Address: 1870 Macduee Court, San Jose, California
   California Drivers License: B9870654
   Tattoos: Flame Left Neck, Ying Yang Front Throat "V N" on Chest

2. NGUYEN, Duc - Previously described.
3. NGO, Huy - NADDIS # 6400531.



DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Case 5:07-cr-00290-RMW     Document 32-7     Filed 08/14/2008     Page 3 of 3