Alfredo M. Morales [SBN69204]
Law Offices of Morales & Leaños
75 East Santa Clara Street, Suite 250
San Jose, CA 95113
Tel: (408) 294-5400

Attorneys for Defendant Son Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SON NGUYEN, et al.<br><br>    Defendants. | No. CR-07-00290-RMW<br><br>SUPPLEMENTAL DECLARATION OF SON NGUYEN IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE<br><br>Date:  September 2, 2008<br>Time:  9:00 a.m.<br>Court: Hon. Ronald M. Whyte |

I, SON NGUYEN, hereby declare as follows:

1. I am one of the defendants in the above-entitled action and I make this supplemental declaration in support of the motion to suppress evidence seized as a result of the unlawful detention, search and arrest of my person on February 4, 2007.

2. On February 4, 2007 as TFA Simpson was pointing his gun at me and ordering me to exit my car as he simultaneously was opening the driver's side door where I was seated and pulling me out. After I exited my car he was ordering me to raise my hands in the air and spread my legs while physically pushing and kicking me in the manner described in my earlier declaration dated August 14, 2008.

3. I became aware at about the time or shortly after I was handcuffed that an unmarked vehicle was stopped behind my car. The manner in which this vehicle blocked my car effectively prevented it from being driven away. I believe the vehicle blocking my car arrived at the same time that I was initially being approached by TFA Simpson. The vehicle blocking my car was driven by

Supplemental Declaration of Son Nguyen's In Support of Motion to Suppress Evidence

Page 1

1. an agent involved in the subject detention and arrest.

4. Approximately 5 minutes after I was handcuffed and placed inside an SUV, I was transported to DEA offices. We arrived at the DEA station approximately 20-30 minutes later. During the time I was waiting seated in the SUV and the ride to the station agents were questioning me and asking me to cooperate and provide names. I tried to avoid answering their questions. Once at the station I was placed in a room where the agents asked me questions I had been previously asked that I did not want to answer and also asked me to cooperate with them. I was never advised of what I understand are referred to as *Miranda* rights until approximately 1 hour after I was placed in a room. After I was *Mirandized* I declined to answer any questions.

5. At one point during the time I was in the room and being questioned, but before I was *Mirandized*, I was asked for consent to look at numbers on a cell phone I had in my possession. At that point, given everything that had taken place related to my arrest and the way the questioning was taking place, I felt I had no choice and agreed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August, 2008, at San Jose, California.

*[Signature]*
Son Nguyen

---

**Supplemental Declaration of Son Nguyen's In Support of Motion to Suppress Evidence**

Page 2