1  VICKI H. YOUNG, Esq. (State Bar Number 73261)
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301
3  TEL: (415) 421-4347

4  Attorney for Defendant
   DUC NGUYEN

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-00290 RMW |
| Plaintiff, | DEFENDANT DUC NGUYEN'S NOTICE OF JOINDER IN MOTION TO SUPPRESS EVIDENCE |
| v. | |
| SON NGUYEN, et.al. . | DATE: September 2, 2008 |
| Defendants. | TIME: 9:00 A.M. |
| | JUDGE: Hon. Ronald M. Whyte |

TO: THE UNITED STATES ATTORNEY JOSEPH RUSSIONELLO, AND ASSISTANT UNITED STATES ATTORNEY SUSAN JERICH, ATTORNEYS FOR THE PLAINTIFF.

PLEASE TAKE NOTICE that defendant DUC NGUYEN, by and through his attorney of record, VICKI H. YOUNG, hereby files this Notice of Joinder in the Motion to Suppress Evidence filed by co-defendant SON NGUYEN. DUC NGUYEN adopts the arguments contained in SON NGUYEN'S Memorandum of Points and Authorities to the extent that they are applicable to him and further supplements those points and authorities with the attached Declaration from Duc Nguyen.

DATED: August 19, 2008                  Respectfully submitted,


                                         // Vicki H. Young
                                        VICKI H. YOUNG, ESQ.
                                        Attorney for defendant
                                        DUC NGUYEN

NOTICE OF JOINDER