VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Duc Nguyen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00290 RMW |
| Plaintiff, ) | DECLARATION OF DUC NGUYEN IN SUPPORT OF JOINDER IN MOTION TO SUPPRESS EVIDENCE |
| v ) | |
| SON NGUYEN, et.al. ) | |
| Defendants. ) | |

I, DUC NGUYEN, state and declare as follows:

1. I am one of the defendants in the above action and I make this declaration in support of a motion to suppress evidence.

2. On February 4, 2007, at approximately 2:00 p.m. I was driving a blue Toyota, California License Plate 1PKY255. My brother Son Nguyen was following me in a red Nissan, California License Plate 2VXT977.

3. I was driving on Gilchrist Walkway when I turned left into a driveway. My brother was right behind me. After I turned into a driveway and was starting to park the car, I heard men yelling at me to "stop, don't move." I believe I heard the word "police." I saw men running towards my car from the back. People were also running towards my brother whose car was behind me.

4. One man opened the driver's door, and another man ran towards the passenger's side of the Toyota. Someone ordered me to get out of the car. I kept asking what was going on. I was told that my car was involved in a robbery.

5. Someone grabbed me and directed me out of the car. I was directed towards the back of the Toyota and ordered face the car and put my hands on the trunk of the car. A man stood next to me while two men started searching the car -- one man from the driver's side, and another from the passenger's side. I kept asking what was going on. Someone said that my car was involved in a robbery. I tried to tell them that my car was not involved in a robbery. I kept asking them why are you searching the car. They ignored me. They continued to search the car for about five minutes.

6. While the two men were searching the car, someone patted me down from the back.

7. I could tell that my brother had been taken from the red Nissan and people were searching his car. Someone was also patting him down.

8. Someone asked for my identification. I told him that it was in my wallet. Someone then pulled my wallet out of my pocket. No one asked if they could do that. They then started looking through my wallet.

9. I heard someone say that they found drugs in my brother's pocket, so they couldn't let him go.

10. I saw at least three men surrounding me and searching my car. I could tell that there were others in the area, but I couldn't see what they were doing. I never felt that I was free to leave.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 17 day of August, 2008, at San Jose, California.

_____
Duc Nguyen
Defendant

DECLARATION OF DUC NGUYEN